UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD P. GAMBINO, as Administrator,
Electrical Workers' Health and Welfare
Fund, Local 103, I.B.E.W., Electrical
Workers' Pension Fund, Local 103, I.B.E.W.,
Electrical Workers' Supplementary Health
and Welfare Fund, Local 103, I.B.E.W.,
Electrical Workers' Deferred Income Fund,
Local 103, I.B.E.W., Electrical Workers'
Joint Apprentice and Training Fund, Local 103,
I.B.E.W., Electrical Workers' Educational
and Cultural Fund, LAWRENCE J. BRADLEY, as
Executive Secretary-Treasurer, National
Electrical Benefit Fund,
        Plaintiffs,

    v.                                      CIVIL ACTION NO.
                                            09-10118-NMG
ROTMAN ELECTRICAL CO., INC.,
MICHAEL ROTMAN, Individually, and
NANCY ROTMAN, Individually,
        Defendants,

G. GREENE CONSTRUCTION CO., INC., HARVARD
COOPERATIVE SOCIETY, RICHTER & RATNER
CONTRACTING CORP. and FRANK BEAN,
        Reach and Apply Defendants, and

CITIZENS BANK, MORGAN STANLEY SMITH
BARNEY, CITISMITHBARNEY,
        Trustee Process Defendants.

**REPORT AND RECOMMENDATION RE:
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (DOCKET ENTRY # 99);
DEFENDANTS MICHAEL AND NANCY ROTMAN'S CROSS-MOTION FOR
SUMMARY JUDGMENT (DOCKET ENTRY # 105); DEFENDANT ROTMAN
ELECTRICAL COMPANY, INC.'S CROSS-MOTION FOR
PARTIAL SUMMARY JUDGMENT
(DOCKET ENTRY # 108)**

March 16, 2012

**BOWLER, U.S.M.J.**

    Pending before this court are the following motions:  (1) a

motion for summary judgment (Docket Entry # 99) filed by

*After consideration of the defendant Rotmans (individually)(Docket No. 114) objection thereto (Docket No. 114) and after consideration of plaintiffs' objections thereto (Docket No. 115), Report and Recommendation is accepted and adopted.* /s/ NMGorton, USDJ 3/30/12